WR-62,099-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 12:55:52 PM
Accepted 4/8/2015 1:12:29 PM
ABEL ACOSTA
CLERK

No. WR-62,099-03

RECEIVED
COURT OF CRIMINAL APPEALS
4/8/2015
ABEL ACOSTA, CLERK

# IN THE
# COURT OF CRIMINALAPPEALS
# FOR THE STATE OF TEXAS

**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

_____

## MOTION FOR LEAVE TO FILE
## PETITION FOR WRIT OF PROHIBITION

_____

## CAPITAL CASE
## MR. PRUETT IS SCHEDULED TO BE EXECUTED ON APRIL 28, 2015.

_____

David R. Dow
Texas Bar No. 06064900
ddow@central.uh.edu
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
TEL: (713) 743-2171
FAX: (713) 743-2131

No. WR-62,099-03

**IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS**

**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

_____

**MOTION FOR LEAVE TO FILE
PETITION FOR WRIT OF PROHIBITION**
_____

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Relator-Petitioner Robert Lynn Pruett files this motion for leave to file a petition for writ of prohibition pursuant to Rule 72.1 of the Texas Rules of Appellate Procedure and this Court's order of April 1, 2015.

Pruett respectfully requests that this Court grant him leave to file the Petition for Writ of Prohibition that was attached to the motion for leave to allow counsel to

appear filed on March 26, 2015, and that this Court filed in cause number WR-62,099-03 on April 1. The petition asks the Court to enter an order prohibiting the Director from carrying out Pruett's execution on April 28, 2015. In addition, filed contemporaneously with this Motion for Leave is a notice, directing the Court to a critical false factual statement contained in the response to the Writ of Prohibition, filed by the State on April 2, 2015.

Pruett's petition for a writ of prohibition raises the claim that his execution would be in violation of the Eighth and Fourteenth Amendments because of the State's failure to properly preserve physical evidence in his case. Because Pruett "has no right to present [the] Eighth Amendment claim" raised in the petition "by way of appeal or habeas corpus application under Article 11.071," he has not adequate remedy at law, and this Court should therefore find that the claim is properly presented in a petition for writ of prohibition. *Ex parte Chi*, 256 S.W.3d 702, 702 (Tex. Crim. App. 2008).

Respectfully Submitted,


s/ David R. Dow

_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Robert Pruett*

3

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of April 2015, a true and correct copy of the above legal document was delivered via email to:

Jefferson Clendenin
Assistant Attorney General
Criminal Appeals Division
Texas Bar No. 24059589
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel. (512) 936-1600
Fax (512) 320-8132
Email jay.clendenin@texasattorneygeneral.gov


Melinda Fletcher
Special Prosecution Unit
mfletcher@sputexas.org

s/ David R. Dow

_____
David R. Dow